# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

September 21, 2011

CERTIFIED COPY

*Before*

WILLIAM J. BAUER, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

| No.: 10-3241 | UNITED STATES OF AMERICA, Plaintiff - Appellee  v.  MATTHEW SCOTT, Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:09-cr-00893-1 Northern District of Illinois, Eastern Division District Judge John W. Darrah | |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)